# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Smith, Milan D**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Milan D Smith [electronically signed on 05/14/2019 by  Milan D Smith in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Ninth Judicial Circuit Historical Society | Law History | Director |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Self Employed Attorney | |
| 2 | Gogian Foundation-Trustee | |
| 3 | Trustee Fee - Family Trust | |

# IV. Reimbursements

None

# V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| General Electric Co. | $1,000 or less | Dividend | None | Cash Market | | | |
| General Electric Co. | | | | | Sold | 02/08/2018 | $15,001 - $50,000 |
| Intuitive Surgical Inc. | None | None | $15,001 - $50,000 | Cash Market | | | |
| Intuitive Surgical Inc. | | | | | Sold | 04/30/2018 | $15,000 or less |
| Intuitive Surgical Inc. | | | | | Sold | 06/14/2018 | $15,000 or less |
| Intuitive Surgical Inc. | | | | | Sold | 09/10/2018 | $15,000 or less |
| American Tower Corp CL A | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| American Tower Corp CL A | | | | | Sold | 09/10/2018 | $15,000 or less |
| American Tower Corp CL A | | | | | Sold | 11/20/2018 | $15,000 or less |
| Pepsico Incorporated | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Canadian Natl Ry Co. | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Canadian Natl Ry Co. | | | | | Sold | 02/08/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Quanta SVCS Inc | None | None | $15,001 - $50,000 | Cash Market | | | |
| Oneok Inc New | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Oneok Inc New | | | | | Sold | 06/28/2018 | $15,000 or less |
| Williams Partners LP Com Unit Ltd Part Int | $1,001 - $2,500 | Distribution | None | Cash Market | | | |
| Williams Partners LP Com Unit Ltd Part Int | | | | | Sold | 08/09/2018 | $15,001 - $50,000 |
| Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | | | | Sold | 04/30/0201 | $50,001 - $100,000 |
| Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | | | | Sold | 06/27/2018 | $15,001 - $50,000 |
| Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | | | | Sold | 10/25/2018 | $15,001 - $50,000 |
| Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | | | | | Sold | 11/27/2018 | $15,000 or less |
| MFA Mortgage Investments Inc. (MFA Financial Inc) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Putnam Managed Municipal Income Trust-SBI | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Putnam Municipal Opportunities Trust-SBI | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Putnam Municipal Opportunities Trust-SBI | | | | | Sold | 04/30/2018 | $15,000 or less |
| Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | Sold | 02/09/12018 | $15,000 or less |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | | | | | Sold | 11/27/2018 | $15,000 or less |
| Ishares Barclays Intermediate Credit Bond Fund | | $5,001 - $15,000 | Dividend | None | Cash Market | | | |
| Ishares Barclays Intermediate Credit Bond Fund | See Note | | | | | Sold | 08/01/2018 | $100,001 - $250,000 |
| Ishares Barclays 1-3 YR Credit Bond Fund ETF | | $5,001 - $15,000 | Dividend | None | Cash Market | | | |
| Ishares Barclays 1-3 YR Credit Bond Fund ETF | See Note | | | | | Sold | 08/01/2018 | $250,001 - $500,000 |
| Ishares Barclays 1-3 YR Credit Bond Fund ETF | | | | | | Sold | 03/06/2018 | $50,001 - $100,000 |
| Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | See Note | | | | | Sold | 08/01/2018 | $50,001 - $100,000 |
| Ameren Corp | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Ameren Corp | | | | | | Sold | 06/29/2018 | $15,000 or less |
| Abbott Laboratories | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Abbott Laboratories | | | | | | Sold | 04/30/2018 | $15,000 or less |
| Abbott Laboratories | | | | | | Sold | 06/14/2018 | $15,000 or less |
| Abbott Laboratories | | | | | | Sold | 09/10/2018 | $15,000 or less |
| Enterprise Products Partners LP | | $1,000 or less | Distribution | $15,001 - $50,000 | Cash Market | | | |
| Blackrock Income Trust Inc | | $1,000 or less | Dividend | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Blackrock Income Trust Inc | | | | | Sold | 02/08/2018 | $15,001 - $50,000 |
| Gabelli Dividend & Income Fund | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Eli Lilly & Co | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Eli Lilly & Co | | | | | Sold | 10/30/2018 | $15,000 or less |
| Eli Lilly & Co | | | | | Sold | 12/21/0201 | $15,000 or less |
| Tekla Healthcare Invs Sh Ben Int (FKA H & Q Healthcare Investors SBI) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Managed Duration Invt Grade Mun FD | $1,000 or less | Dividend | None | Cash Market | | | |
| Managed Duration Invt Grade Mun FD | | | | | Sold | 10/11/2018 | $15,001 - $50,000 |
| Managed Duration Invt Grade Mun FD | | | | | Sold | 04/30/2018 | $15,000 or less |
| Ishares TR S&P Short Term Natl Amtfr | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Ishares TR S&P Short Term Natl Amtfr | | | | | Sold | 10/15/2018 | $15,001 - $50,000 |
| Textron Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Sold | 04/30/2018 | $15,000 or less |
| Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Sold | 05/29/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Sold | 06/27/2018 | $15,001 - $50,000 |
| Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | | | | Sold | 11/20/2018 | $15,000 or less |
| BlackRock Credit Allocation | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| BlackRock Credit Allocation | | | | | Sold | 06/29/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 01/31/0201 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 02/08/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 05/01/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 09/11/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 10/11/2018 | $15,000 or less |
| Ishares Trust S&P Global Info Technology Sector Index Fund | | | | | Sold | 11/20/2018 | $15,000 or less |
| Corning Inc | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Corning Inc | | | | | Sold | 04/30/2018 | $15,000 or less |
| Corning Inc | | | | | Sold | 09/10/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Koninklijke Philips Electrs N V Sponsored ADR New 2000 | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Koninklijke Philips Electrs N V Sponsored ADR New 2000 | | | | | Sold | 06/27/2018 | $15,000 or less |
| Koninklijke Philips Electrs N V Sponsored ADR New 2000 | | | | | Sold | 09/10/2018 | $15,000 or less |
| Columbia Fds Ser TR IX Tax Exempt FD CL A | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Gabelli Healthcare & Wellness Trust | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| BlackRock Equity Dividend Trust | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Centerpoint Energy Inc. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Centerpoint Energy Inc. | | | | | Purchased | 09/10/2018 | $15,000 or less |
| American Electric Power Co Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| American Electric Power Co Inc | | | | | Purchased | 09/10/2018 | $15,000 or less |
| Pimco ETF TR Enhanced Short Maturity | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| Southern Co | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Southern Co | | | | | Purchased | 10/03/2018 | $15,000 or less |
| Ishares TR Dow Jones SEL Divid Index FD | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Ishares TR Dow Jones SEL Divid Index FD | | | | | Sold | 06/29/2018 | $15,000 or less |
| FirstEnergy Corp | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Sempra Energy | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Sempra Energy | | | | | Sold | 03/08/2018 | $15,000 or less |
| Anworth Mortgage Asset Corp | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Anworth Mortgage Asset Corp | | | | | Purchased | 09/13/2018 | $15,000 or less |
| Frontier Communications Corp | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| Frontier Communications Corp | | | | | Sold | 04/30/2018 | $15,000 or less |
| Eaton Vance Risk Managed Global Diversified Equity Income | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Eaton Vance Risk Managed Global Diversified Equity Income | | | | | Sold | 09/13/2018 | $15,000 or less |
| Intel Corp | $1,000 or less | Dividend | None | Cash Market | | | |
| Intel Corp | | | | | Sold | 03/08/2018 | $15,000 or less |
| Intel Corp | | | | | Sold | 04/30/2018 | $15,001 - $50,000 |
| Intel Corp | | | | | Sold | 05/31/2018 | $15,000 or less |
| Intel Corp | | | | | Sold | 08/02/2018 | $15,001 - $50,000 |
| Intel Corp | | | | | Sold | 08/28/2018 | $15,000 or less |
| Abbvie Inc. | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Abbvie Inc. | | | | | Sold | 02/08/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Merck & Co. Inc. | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Merck & Co. Inc. | | | | | Sold | 11/20/2018 | $15,000 or less |
| Air Lease Corporation | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Air Lease Corporation | | | | | Purchased | 09/10/2018 | $15,000 or less |
| Eaton Vance California Municipal Bond Fund | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Eaton Vance California Municipal Bond Fund | | | | | Purchased | 10/17/2018 | $15,000 or less |
| Eaton Vance California Municipal Bond Fund | | | | | Sold | 02/08/2018 | $15,000 or less |
| Eaton Vance California Municipal Bond Fund | | | | | Sold | 03/08/2018 | $15,001 - $50,000 |
| Ishares 2018 AMT Free Muni Term ETF | $1,000 or less | Dividend | None | Cash Market | | | |
| Ishares 2018 AMT Free Muni Term ETF | | | | | Sold | 09/10/2018 | $15,001 - $50,000 |
| Conagra Foods Inc. | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Conagra Foods Inc. | | | | | Purchased | 09/10/2018 | $15,000 or less |
| Conagra Foods Inc. | | | | | Sold | 12/28/2018 | $15,000 or less |
| Citigroup Inc Com | $1,000 or less | Dividend | None | Cash Market | | | |
| Citigroup Inc Com | | | | | Purchased | 09/10/2018 | None |
| Citigroup Inc Com | | | | | Sold | 06/29/2018 | $15,000 or less |
| Citigroup Inc Com | | | | | Sold | 12/28/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Neuberger Berman Real Estate Securities Income Fund | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Ishares 3 to 7 Year Treasury Bond ETF | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Ishares 3 to 7 Year Treasury Bond ETF | | | | | Sold | 03/08/2016 | $50,001 - $100,000 |
| Ishares 3 to 7 Year Treasury Bond ETF | | | | | Sold | 03/16/2018 | $15,001 - $50,000 |
| Ishares 3 to 7 Year Treasury Bond ETF | | | | | Sold | 04/10/2018 | $15,000 or less |
| Ishares 3 to 7 Year Treasury Bond ETF | | | | | Sold | 04/30/2018 | $50,001 - $100,000 |
| Ishares US ETF Tr Short Term Maturity Bond ETF | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| One Gas Inc. | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| One Gas Inc. | | | | | Sold | 09/10/2018 | $15,000 or less |
| Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | | | | | Sold | 10/25/2018 | $15,001 - $50,000 |
| Ishares Gold Trust | None | None | $15,001 - $50,000 | Cash Market | | | |
| Sprott Physical Gold and Silver Trust See Note | None | None | $15,001 - $50,000 | Cash Market | | | |
| Central Fund of Canada LTD CL-A Non Voting Shares | | | | | Purchased | 05/29/0201 | $15,000 or less |
| Pimco Intermediate Municipal Bond Active Exchange Traded Fund | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Pimco Intermediate Municipal Bond Active Exchange Traded Fund | | | | | Sold | 12/28/2018 | $15,000 or less |
| Alps ETF TR Alerian MLP | $1,000 or less | Dividend | None | Cash Market | | | |
| Alps ETF TR Alerian MLP | | | | | Sold | 02/21/2018 | $15,000 or less |
| Alps ETF TR Alerian MLP | | | | | Sold | 03/08/2018 | $15,001 - $50,000 |
| Pattern Energy Group Inc Class A | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Pattern Energy Group Inc Class A | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Centurylink Inc | $5,001 - $15,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Centurylink Inc | | | | | Purchased | 02/08/2018 | $15,000 or less |
| Centurylink Inc | | | | | Purchased | 04/30/2018 | $15,000 or less |
| Centurylink Inc | | | | | Sold | 02/21/2018 | $15,000 or less |
| Centurylink Inc | | | | | Sold | 04/30/2018 | $15,000 or less |
| Centurylink Inc | | | | | Sold | 07/11/2018 | $15,000 or less |
| Centurylink Inc | | | | | Sold | 09/21/2018 | $15,000 or less |
| Bank of Nova Scotia | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | $1,001 - $2,500 | Dividend | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | | | | | Sold | 04/30/2018 | $15,001 - $50,000 |
| Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | | | | | Sold | 09/11/2018 | $50,001 - $100,000 |
| Eaton Corporation | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Eaton Corporation | | | | | Purchased | 06/05/2018 | $15,000 or less |
| Vanguard Short Term Government Bond ETF | $5,001 - $15,000 | Dividend | None | Cash Market | | | |
| Vanguard Short Term Government Bond ETF | | | | | Sold | 04/09/2018 | $15,001 - $50,000 |
| Vanguard Short Term Government Bond ETF | | | | | Sold | 04/30/2018 | $100,001 - $250,000 |
| Vanguard Short Term Government Bond ETF | | | | | Sold | 05/11/2018 | $15,001 - $50,000 |
| Vanguard Short Term Government Bond ETF | | | | | Sold | 06/29/2018 | $50,001 - $100,000 |
| Vanguard Short Term Government Bond ETF | | | | | Sold | 07/11/2018 | $15,001 - $50,000 |
| Transamerica Advisors: Whole Life Insurance Policy | | None | $15,001 - $50,000 | Cash Market | | | |
| Aurora National Life Assurance: Whole Life Insurance Policy | | None | $15,001 - $50,000 | Cash Market | | | |
| Metlife: Whole Life Insurance Policy | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| Lamb Weston Holdings Inc Common Stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Lamb Weston Holdings Inc Common Stock | | | | | Sold | 06/29/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Orbital Atk Inc Com | None | None | None | Cash Market | | | |
| Orbital Atk Inc Com | | | | | Sold | 01/04/2018 | $15,000 or less |
| Vaneck Vectors ETF TR Gold Miners ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Vaneck Vectors ETF TR Gold Miners ETF | | | | | Purchased | 09/11/2018 | $15,000 or less |
| Alps ETF TR Sprott Gold Miners ETF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Alps ETF TR Sprott Gold Miners ETF | | | | | Sold | 09/11/2018 | $15,000 or less |
| Alps ETF TR Sprott Gold Miners ETF | | | | | Sold | 10/11/2018 | $15,000 or less |
| SPDR Ser TR S&P Biotech ETF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| SPDR Ser TR S&P Biotech ETF | | | | | Sold | 01/31/2018 | $15,000 or less |
| Franco-Nevada Corporation | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Franco-Nevada Corporation | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Franco-Nevada Corporation | | | | | Purchased | 11/20/2018 | $15,000 or less |
| Franco-Nevada Corporation | | | | | Sold | 10/10/2018 | $15,000 or less |
| Franco-Nevada Corporation | | | | | Sold | 10/26/2018 | $15,000 or less |
| Pimco Stocksplus Short Fund Class | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Pimco Stocksplus Short Fund Class | | | | | Purchased | 02/12/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Pimco Stocksplus Short Fund Class | | | | | Purchased | 04/30/2018 | $15,000 or less |
| Pimco Stocksplus Short Fund Class | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Pimco Stocksplus Short Fund Class | | | | | Purchased | 12/21/2018 | $15,001 - $50,000 |
| Vanguard FTSE Developed Markets ETF | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Vanguard FTSE Developed Markets ETF | | | | | Purchased | 06/05/2018 | $15,000 or less |
| Vanguard FTSE Developed Markets ETF | | | | | Sold | 02/08/2018 | $15,000 or less |
| Vanguard FTSE Developed Markets ETF | | | | | Sold | 10/11/2018 | $15,000 or less |
| Vanguard FTSE Developed Markets ETF | | | | | Sold | 12/21/2018 | $15,001 - $50,000 |
| Schwab Target 2030 Fund | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Schwab CA Tax Free Bond | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Albemarle Corporation | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Albemarle Corporation | | | | | Purchased | 06/29/2018 | $15,000 or less |
| Albemarle Corporation | | | | | Sold | 05/29/2018 | $15,000 or less |
| Albemarle Corporation | | | | | Sold | 10/10/2018 | $15,000 or less |
| Cryoport Inc Com | None | None | $15,001 - $50,000 | Cash Market | | | |
| Cryoport Inc Com | | | | | Purchased | 03/08/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| International Business Machines Corp | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| International Business Machines Corp | | | | | Purchased | 04/30/2018 | $15,000 or less |
| International Business Machines Corp | | | | | Purchased | 09/10/2018 | $15,000 or less |
| International Business Machines Corp | | | | | Purchased | 10/25/2018 | $15,001 - $50,000 |
| International Business Machines Corp | | | | | Purchased | 12/13/2018 | $15,000 or less |
| International Business Machines Corp | | | | | Sold | 10/26/2018 | $15,000 or less |
| Kroger Co | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Kroger Co | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Kroger Co | | | | | Purchased | 06/29/2018 | $15,000 or less |
| Kroger Co | | | | | Sold | 09/10/2018 | $15,000 or less |
| Warrior Met Coal Inc Common Stock | $5,001 - $15,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Warrior Met Coal Inc Common Stock | | | | | Purchased | 04/30/2018 | $15,001 - $50,000 |
| Warrior Met Coal Inc Common Stock | | | | | Purchased | 05/11/2018 | $15,000 or less |
| Vaneck Vectors ETF TR Amt Free Intermediate Muni Index ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Thornburg California Limited Term Municipal Fund CL I | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Thornburg California Limited Term Municipal Fund CL I | | | | | Sold | 10/10/2018 | $15,001 - $50,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| RBC Insured Deposits | $1,000 or less | Int./Div. | $100,001 - $250,000 | Cash Market | | | |
| RBC Insured Deposits | | | | | Sold | 04/10/2018 | $15,000 or less |
| B&G Foods Inc | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| B&G Foods Inc | | | | | Purchased | 02/08/2018 | $15,000 or less |
| B&G Foods Inc | | | | | Purchased | 09/10/2018 | $15,000 or less |
| B&G Foods Inc | | | | | Sold | 04/10/2018 | $15,000 or less |
| Energy Transfer Partners LP | $2,501 - $5,000 | Distribution | None | Cash Market | | | |
| Energy Transfer Partners LP | | | | | Sold | 07/27/2018 | $15,000 or less |
| Energy Transfer Partners LP | See Note | | | | Sold | 10/19/2018 | $15,001 - $50,000 |
| Uniti Group Inc | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Uniti Group Inc | | | | | Purchased | 04/30/2018 | $15,001 - $50,000 |
| Uniti Group Inc | | | | | Sold | 01/30/2018 | $15,000 or less |
| Uniti Group Inc | | | | | Sold | 02/05/2018 | $15,001 - $50,000 |
| BT Group PLC American Depository Shs | $1,000 or less | Dividend | None | Cash Market | | | |
| BT Group PLC American Depository Shs | | | | | Sold | 03/08/2018 | $15,000 or less |
| Vanguard GNMA | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Vanguard GNMA | | | | | Purchased | 09/11/2018 | $15,001 - $50,000 |
| Vanguard GNMA | | | | | Purchased | 10/11/2018 | $15,001 - $50,000 |
| Vanguard GNMA | | | | | Purchased | 11/20/2018 | $50,001 - $100,000 |
| General Mills Inc | None | None | $15,000 or less | Cash Market | | | |
| General Mills Inc | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Molson Coors Brewing Co B | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Molson Coors Brewing Co B | | | | | Purchased | 11/20/2018 | $15,000 or less |
| Ventas Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Ventas Inc | | | | | Purchased | 04/30/2018 | $15,000 or less |
| Kraft Heinz Co. | None | None | $15,000 or less | Cash Market | | | |
| Kraft Heinz Co. | | | | | Purchased | 11/20/2018 | $15,000 or less |
| Kraft Heinz Co. | | | | | Purchased | 12/13/2018 | $15,000 or less |
| Kraft Heinz Co. | | | | | Sold | 12/31/2018 | $15,000 or less |
| Salient Midstream & MLP Fund | None | None | $15,000 or less | Cash Market | | | |
| Salient Midstream & MLP Fund | | | | | Purchased | 10/30/2018 | $15,000 or less |
| GlaxoSmithKline PLC | None | None | $15,000 or less | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| GlaxoSmithKline PLC | | | | | | Purchased | 10/30/2018 | $15,000 or less |
| iShares Intermediate-Term Corporate Bond ETF | | None | None | $100,001 - $250,000 | Cash Market | | | |
| iShares Intermediate-Term Corporate Bond ETF | See Note | | | | | Purchased | 08/01/2018 | $100,001 - $250,000 |
| iShares Short-Term Corporate Bond ETF | | $1,000 or less | None | $100,001 - $250,000 | Cash Market | | | |
| iShares Short-Term Corporate Bond ETF | See Note | | | | | Purchased | 08/01/2018 | $100,001 - $250,000 |
| SPDR Portfolio Short Term Treasury ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| SPDR Portfolio Short Term Treasury ETF | | | | | | Purchased | 12/13/2018 | $15,001 - $50,000 |
| QTS Realty Trust, Inc. | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| QTS Realty Trust, Inc. | | | | | | Purchased | 07/11/2018 | $15,000 or less |
| QTS Realty Trust, Inc. | | | | | | Purchased | 09/10/2018 | $15,000 or less |
| QTS Realty Trust, Inc. | | | | | | Purchased | 09/21/2018 | $15,001 - $50,000 |
| QTS Realty Trust, Inc. | | | | | | Purchased | 10/03/2018 | $15,000 or less |
| Energy Transfer LP | | $1,001 - $2,500 | Distribution | $15,001 - $50,000 | Cash Market | | | |
| Energy Transfer LP | | | | | | Sold | 11/20/2018 | $15,000 or less |
| Energy Transfer LP | See Note | | | | | Purchased | 10/19/2018 | $15,001 - $50,000 |
| Gilead Sciences, Inc. | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Gilead Sciences, Inc. | | | | | Purchased | 09/13/2018 | $15,000 or less |
| Global X MLP ETF | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Global X MLP ETF | | | | | Purchased | 02/21/2018 | $15,000 or less |
| Global X MLP ETF | | | | | Purchased | 03/08/2018 | $15,001 - $50,000 |
| Global X MLP ETF | | | | | Purchased | 09/13/2018 | $15,000 or less |
| Global X MLP ETF | | | | | Sold | 12/28/2018 | $15,000 or less |
| Verizon Communications Inc | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Verizon Communications Inc | | | | | Purchased | 03/08/2018 | $15,000 or less |
| Royal Gold, Inc. | None | None | $15,001 - $50,000 | Cash Market | | | |
| Royal Gold, Inc. | | | | | Purchased | 10/10/2018 | $15,000 or less |
| Royal Gold, Inc. | | | | | Purchased | 10/26/2018 | $15,000 or less |
| iShares Broad USD Investment Grade Corporate Bond ETF | None | None | $50,001 - $100,000 | Cash Market | | | |
| iShares Broad USD Investment Grade Corporate Bond ETF | See Note | | | | Purchased | 08/01/2018 | $50,001 - $100,000 |
| American Century California Intermediate-Term Tax-Free Bond Fund Investor Class | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| American Century California Intermediate-Term Tax-Free Bond Fund Investor Class | | | | | Purchased | 10/10/2018 | $50,001 - $100,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| American Century California Intermediate-Term Tax-Free Bond Fund Investor Class | | | | | Purchased | 09/11/2018 | $50,001 - $100,000 |
| Grizzly Short Fund | None | None | $15,001 - $50,000 | Cash Market | | | |
| Grizzly Short Fund | | | | | Purchased | 11/20/2018 | $15,001 - $50,000 |
| Newell Brands Inc. | $1,000 or less | Dividend | None | Cash Market | | | |
| Newell Brands Inc. | | | | | Purchased | 05/29/2018 | $15,000 or less |
| Newell Brands Inc. | | | | | Purchased | 06/29/2018 | $15,000 or less |
| Newell Brands Inc. | | | | | Sold | 10/26/2018 | $15,000 or less |
| Newell Brands Inc. | | | | | Sold | 12/21/2018 | $15,000 or less |
| Global X Lithium & Battery Tech ETF | None | None | None | Cash Market | | | |
| Global X Lithium & Battery Tech ETF | | | | | Purchased | 03/08/2018 | $15,000 or less |
| Global X Lithium & Battery Tech ETF | | | | | Sold | 12/21/2018 | $15,000 or less |
| United States Treasury Bill | None | None | $250,001 - $500,000 | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 05/11/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 05/29/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/14/2018 | $50,001 - $100,000 |
| United States Treasury Bill | | | | | Purchased | 06/19/2018 | $50,001 - $100,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| United States Treasury Bill | | | | | Purchased | 06/21/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/28/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 11/28/2018 | $15,000 or less |
| United States Treasury Bill | | | | | Purchased | 12/10/2018 | $15,001 - $50,000 |
| United States Treasury Bill | None | None | $100,001 - $250,000 | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 06/14/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/21/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/28/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/29/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 09/10/2018 | $50,001 - $100,000 |
| United States Treasury Bill | None | None | $250,001 - $500,000 | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 05/11/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 09/06/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 09/10/2018 | $100,001 - $250,000 |
| United States Treasury Bill | | | | | Purchased | 09/11/2018 | $15,001 - $50,000 |
| United States Treasury Bill | None | None | $100,001 - $250,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| United States Treasury Bill | | | | | Purchased | 06/28/2018 | $15,000 or less |
| United States Treasury Bill | | | | | Purchased | 09/11/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 11/28/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 12/06/2018 | $50,001 - $100,000 |
| United States Treasury Bill | | | | | Purchased | 12/07/2018 | $15,001 - $50,000 |
| United States Treasury Bill | None | None | $15,001 - $50,000 | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 10/15/2018 | $15,001 - $50,000 |
| United States Treasury Bill | None | None | $15,001 - $50,000 | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 03/08/2018 | $15,001 - $50,000 |
| United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 02/08/2018 | $100,001 - $250,000 |
| United States Treasury Bill | | | | | Purchased | 05/03/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Sold | 05/03/2015 | $100,001 - $250,000 |
| United States Treasury Bill | | | | | Sold | 06/07/2018 | $15,001 - $50,000 |
| United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 03/16/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 04/30/2018 | $100,001 - $250,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| United States Treasury Bill | | | | | Purchased | 05/11/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 05/29/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/07/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 06/14/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Sold | 12/06/2018 | $250,001 - $500,000 |
| United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 03/16/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 04/10/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Purchased | 04/30/2018 | $100,001 - $250,000 |
| United States Treasury Bill | | | | | Purchased | 05/29/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Sold | 09/06/2018 | $250,001 - $500,000 |
| United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 03/16/2018 | $15,001 - $50,000 |
| United States Treasury Bill | | | | | Sold | 09/13/2018 | $15,001 - $50,000 |
| United States Treasury Bill | $1,000 or less | Interest | None | Cash Market | | | |
| United States Treasury Bill | | | | | Purchased | 03/16/2018 | $50,001 - $100,000 |
| United States Treasury Bill | | | | | Purchased | 04/10/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| United States Treasury Bill | | | | | Purchased | 04/30/2018 | $100,001 - $250,000 |
| United States Treasury Bill | | | | | Sold | 06/07/2018 | $250,001 - $500,000 |
| United States Treasury Sec Strips | None | None | $15,001 - $50,000 | Cash Market | | | |
| United States Treasury Sec Strips | | | | | Purchased | 06/29/2018 | $15,001 - $50,000 |
| United States Treasury Note Strpped Principal Payment | None | None | $15,001 - $50,000 | Cash Market | | | |
| United States Treasury Note Strpped Principal Payment | | | | | Purchased | 07/11/2018 | $15,001 - $50,000 |
| Strips Tint Due 02/15/2020 | None | None | $15,001 - $50,000 | Cash Market | | | |
| Strips Tint Due 02/15/2020 | | | | | Purchased | 09/12/2018 | $15,001 - $50,000 |
| Strips Tint Due 08/15/2020 | None | None | $15,001 - $50,000 | Cash Market | | | |
| Strips Tint Due 08/15/2020 | | | | | Purchased | 09/13/2018 | $15,001 - $50,000 |
| United States Treasury Stripped Int Pmt Generic Tint Pmt | None | None | $15,001 - $50,000 | Cash Market | | | |
| United States Treasury Stripped Int Pmt Generic Tint Pmt | | | | | Purchased | 11/27/2018 | $15,001 - $50,000 |
| Strips Tint Due 02/15/2021 | None | None | $15,001 - $50,000 | Cash Market | | | |
| Strips Tint Due 02/15/2021 | | | | | Purchased | 12/10/2018 | $15,001 - $50,000 |

## Additional Information or Explanation

| PART | # | NOTE |
|------|---|------|
| VII. | 14.1 | Asset #14 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #100. |
| VII. | 15.1 | Asset #15 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #101. |
| VII. | 16.1 | Asset #16 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #109. |
| VII. | 59 | Central Fund of Canada LTD CL-A Non Voting Shares had a name change in 2018. The asset name has been changed to Sprott Physical Gold and Silver Trust. |
| VII. | 90.2 | Asset #90 merges with asset #104 on 10/19/2018. |
| VII. | 100.1 | Asset #14 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #100. |
| VII. | 101.1 | Asset #15 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #101. |
| VII. | 104.2 | Asset #90 merges with asset #104 on 10/19/2018. |
| VII. | 109.1 | Asset #16 had a ticker change on 08/01/2018. The transaction resulted in the creation of asset #109. |